# EARNINGS STATEMENT



**Viking River Cruises, Inc.**

5700 Canoga Ave
Suite 200
Woodland Hills, CA 91367

FILED
MAR 0 9 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Check No: 45629699
Check Date: 03/03/2023
Pay Period: 02/12/2023 - 02/25/2023

NON-NEGOTIABLE

## Haliey Harper

1311 Binfield Dr
Forney, TX 75126-3639

Employee ID : 00010533578
Location: Texas
Business Title: Air Customer Service Splst

Department: 8584102
Pay Rate: $19.24 Hourly

Net Pay

**USD $1,359.92**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Overtime | 28.851 | 0.47 | 0.00 | 13.56 | 0.67 | 0.00 | 19.33 |
| Regular | 19.240 | 79.52 | 0.00 | 1,529.96 | 239.71 | 0.00 | 4,612.02 |
| On-Call Hours | 28.860 | 2.04 | 0.00 | 58.87 | 5.27 | 0.00 | 152.09 |
| Gross Pay | | 82.03 | 0.00 | 1,602.39 | 245.65 | 0.00 | 4,783.44 |
| Fed Taxable Gross | | | | 1,602.39 | | | 4,783.44 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed OASDI/EE | 99.34 | | 296.57 |
| Fed Withholdng | 119.90 | | 356.86 |
| Fed MED/EE | 23.23 | | 69.36 |
| **Total Taxes** | 242.47 | | 722.79 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total Deductions | 0.00 | | 0.00 |
| Net Pay | 1,359.92 | | 4,060.65 |

### Tax Withholding

| Description | Federal | TX State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | 0.00 | 0.00 |
| +Earned | 8.19 | 0.00 |
| -Taken | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 |
| End Balance | 8.19 | 0.00 |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Savings | 5663 | 100.00 |
| Checking | 8637 | 1259.92 |
| Total | | 1359.92 |

